IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**OMNIGEN RESEARCH,** *et al*,

    Plaintiffs,

v.

**YONGQIANG WANG,** *et al*,

    Defendants,

**Civ. No. 6:16-cv-00268-MC**

ORDER

MCSHANE, Judge:

Plaintiffs' Motion to Dismiss Amended Counterclaims (ECF No. 76) is **DENIED** as moot, since it pertained to the Defendants' prior pleading (ECF No. 76), which has since been replaced by the Defendants' *Second* Amended Answer, Affirmative Defenses and Counterclaims of Defendants (ECF No. 83) filed on July 21, 2016.

IT IS SO ORDERED.

DATED this 27th day of July, 2016.

                                        **/s/ Michael J. McShane**
                                        Michael J. McShane
                                        United States District Judge